# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MATTHEW MINTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1112

———————————————

April 26, 2024

Appeal from the Circuit Court for Sarasota County; Dana Moss, Judge.

Matthew Minton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.